**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | | |
|---|---|---|---|
| Faith Smith | | : | Civil Action No. 7:25-cv-01402-KM |
| | Plaintiff | : | |
| | | : | |
| v. | | : | |
| | | : | |
| Peter Boukheir | | : | |
| | Defendant | : | JULY 1, 2025 |

### DEFENDANT PETER BOUKHEIR'S MOTION TO DISMISS

The Defendant, Peter Boukheir, (hereinafter "Mr. Boukheir"), by counsel and pursuant to FRCP Rule 12(b)(6) hereby moves is Honorable Court to enter an Order granting Mr. Boukheir's Motion to Dismiss for failure to state a claim on which relief can be granted.  As outlined in the supporting Memorandum of Law, choice of law principles show that this Court should apply Connecticut substantive law and, under the Connecticut statute of limitations, this matter was instituted beyond the two-year deadlines.  It is therefore barred.

Secondarily, in the event that this Court determined that New York should be applied, the matter should still be dismissed pursuant to FRCP Rule 12(b)(3) and New York Civil Practice Laws and Rules, Rule 327(a) on *forum non conveniens* grounds.

In support of this Motion, Mr. Boukheir simultaneously files, and incorporates by reference, his supporting brief.

**WHEREFORE**, the Defendant Mr. Boukheir respectfully requests that Plaintiff's Complaint be dismissed.

Respectfully Submitted,
The Defendant,
**Peter Boukheir**
By His Attorneys,

*/s/ Michael D. DeMeola*
Michael D. DeMeola
Boyle Shaughnessy Law, P.C.
800 Westchester Avenue, Suite S-606
Rye Brook, New York 10573
Tel:  (914) 359-5800
Fax: (914) 352-0240
E-mail: mdemeola@boyleshaughnessy.com
Federal Bar No.: 5458195

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2025, a copy of the foregoing Defendant's Motion to Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filings. Parties may access this filing through the Court's CM/ECF System.

Counsel for Plaintiff:
Barry S. Kaiser, Esq.
Attorneys for Plaintiff
455 Central Park Avenue, Suite 217
Scarsdale, New York 10583
(914) 472-2900

*/s/ Michael D. DeMeola*
Michael D. DeMeola
Federal Bar No.: 5458195