UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Faith Smith,

                    Plaintiff,                    25-CV-01402 (KMK)

   -v-

                                         CALENDAR NOTICE

Peter Boukheir,

                    Defendant(s).
-------------------------------------------------------X

Please take notice that the above captioned action has been scheduled for a status

conference before the Honorable Kenneth M. Karas, United States District Judge,

on Thursday, May 28, 2026 at 10:30 a.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number
at the designated time:

Meeting Dial-In Number (USA toll-free): (605) 472-5160   Access Code: 4653066

Dated: May 6, 2026
       White Plains, New York

                                 So Ordered

                                 Kenneth M. Karas, U.S.D.J.