UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

**Smith,**

                                         Plaintiffs,                          **ORDER RE STATUS CONFERENCE**

                    -against-                                                  *7:25-cv-1402 VR*

**Boukheir**,

                                         Defendant.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 6/11/2026 _

**VICTORIA REZNIK, United States Magistrate Judge:**

        A Status Conference (via telephone) is hereby scheduled for **July 28, 2026   at  10:30 am** The parties are to dial in to the Cisco Webex conference line at 855-244-8681, enter Meeting ID 2310 527 2044, then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

        (1) a brief summary of claims, defenses, and relevant issues;
        (2) the basis of subject matter jurisdiction;
        (3) the subjects on which discovery may be needed;
        (4) any anticipated discovery disputes or sought-after limitations on discovery;
        (5) any plans for electronic discovery and ESI protocols;
        (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
        (7) any anticipated motions; and
        (8) the prospects and timing for early settlement or resolution.

        **SO ORDERED.**

DATED:      White Plains, New York
                 June 11, 2026

                                                    _____
                                                    VICTORIA REZNIK
                                                    United States Magistrate Judge