USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

Smith,

Plaintiff,

-against-

Boukheir,

Defendant.

---------------------------------------------------------------X

25-cv-01402-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

On July 28, 2026, the Court directed the parties to submit a joint status letter by August 11, 2026, proposing revised expert discovery deadlines and providing an update on the status of settlement. (ECF 07/28/2026). The Court has not yet received any such letter. The parties are reminded to submit a joint status letter, which is now due **August 17, 2026**.

**SO ORDERED.**

DATED: White Plains, New York
August 12, 2026

VICTORIA REZNIK
United States Magistrate Judge